IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MARYLAND

**9400 Isaac Building 2, Inc.**

    *Plaintiff*,

  *v*.

**Cat Contracting, Inc.,**

    *Defendant*.

Case No.: 8:22-cv-00790-DLB

## **ORDER**

THIS MATTER came before the Court on the plaintiff, 9400 Isaac Building 2, Inc.'s motion for default judgment. ECF 103. This Court entered a default against the defendant on March 13, 2025, and notified the defendant of that same default. The defendant has not shown good cause for the defendant's lack of defense, or otherwise failure to answer within the 30-days the Court provided to it after entry of default against it. The plaintiff has submitted a Motion for Default Judgment seeking the remedies sough in its Third Amended Complaint.

The plaintiff's allegations, which are unopposed and accepted as true, establish the defendant's liability for breach of contract. The exhibits to the motion for default judgment show that the defendant is liable for damages of $917,826.30, plus the plaintiff's reasonable costs and fees, which total $129,583.21.

Accordingly, it is this 21st day of May, 2025, hereby ORDERED:

I.    The plaintiff's Motion for Default Judgment is GRANTED.

II.   The Contract between the plaintiff and the defendant is rescinded;

III.  Judgment is entered in favor of the plaintiff and against the defendant in an amount of $497,826.30;

IV. Judgment is further entered in favor of the plaintiff and against the defendant in an amount of $80,000.00;

V. Judgment is further entered in favor of the plaintiff and against the defendant in an amount of $340,000.00;

VI. Reasonable attorneys' fees and costs are awarded to the plaintiff and against the defendant in an amount of $129,583.21;

VII. The defendant's motion for summary judgment, ECF 90, is denied in light of the defendant's default;

VIII. The plaintiff's motion to strike the defendant's expert witness's testimony, ECF 91, is denied in light of the defendant's default; and

IX. The Clerk shall mail a copy of this judgment to the defendant's last known address and close this case.

_____
Honorable Deborah L Boardman
United States District Judge